IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**HD**

Rcv'd by: _____

Denise, Renee, Kathy, Mel,
Robin, Debbie, Tabitha

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

USDC- BALTIMORE
'25 OCT 14 PM3:46

-against-

_____

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. BAH 25 CV 3397

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes    ☐ No
        *(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Joel Robinson
Street Address          1731 E Preston
City and County         Baltimore
State and Zip Code      Maryland 21202
Telephone Number        443-833-9396
E-mail Address          joeljuleamos@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                    Mel
Job or Title            Deli Clerk
(if known)
Street Address          1020 W 41 St
City and County         Baltimore
State and Zip Code      Maryland 21211
Telephone Number        410-554-3730
E-mail Address
(if known)

2

Defendant No. 2

> Name             Debbie
> Job or Title     Deli Clerk
> (if known)
> Street Address   1020 W 41st
> City and County  Baltimore
> State and Zip Code   Maryland 21211
> Telephone Number  410-554-3730
> E-mail Address
> (if known)

Defendant No. 3

> Name             Robin
> Job or Title     Deli Clerk
> (if known)
> Street Address   1020 W 41st
> City and County  Baltimore
> State and Zip Code   Maryland 21202
> Telephone Number  410-554-3730
> E-mail Address
> (if known)

Defendant No. 4

> Name             Tabitha
> Job or Title     Deli Clerk
> (if known)
> Street Address   1020 W 41st
> City and County  Baltimore
> State and Zip Code   Maryland 21202
> Telephone Number  410-554-3730
> E-mail Address
> (if known)

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

Defendant - Giant Food

Darien Miller
DayKwan Smith
Denise
Kathy
Renee
Mel
Debbie
Robin
Tabitha

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

47  U.S.C § 2000 B-2

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. *Or* is a citizen of
*(foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ 100,000 for mental and psychological abuse. And more for emotional distress. And loss of income.

5

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Renee and Denise ignored my complaint and retaliated against me, of how Mel, Robin, Tabitha, Kathy, Debbie, and Daykwan was treating me. On September 2023 Through August 2024

2. Mel, Robin, Tabitha, Kathy, and Debbie September 2023 – August 2024 at the Deli made fun of my speech impediment by mimic my voice. They call me retarda. They said repeatedly I cannot understand you speak english. And I talk like I came from Africa.

3. They question my sexuality and gender identity. They would tell me only two gender existed because I identify as a non-binary and gay. And they would ask me how did I know I was gay if I had not been with another female. They would bring up they christened religion view on to me. Septem 2023 – August 2024 At the deli

4. Denise was not leting use the bathroom when I needed to go I had to wait two hour after I clocked and only on my lunch break I can go. In which she monitor and time my lunch break. The only gay black non-binary person September 2023 – August 2024 was not Giant policy

6

5. Tabitha Accuse me of stealing a sandwich from the deli without no proof in which she lie. Rene the store manager belive her. And confronted me with a security guard of stealing a sandwich without checkeding the video camera and did not check my receipt in which I have. October 2023

6. Darlene miller suspended me without giving me a reason And she did not allow me to write down my statement of what happend that day. on August 8 2024 Deli

7. Datwan Smith was harrass me and not doing is job. I report it to my Manager Denise. And he retaliated by lying on me. And writing a false report. August 10 2024 Deli

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

For mental and psychological abuse, And for emotional distress, And loss of income.

7

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __10/14__ , 20_25_.

Signature of Plaintiff   Joel Robinson

Printed Name of Plaintiff   Joel Robinson

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.   For Attorneys

Date of signing: _____ , 20__.

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

Telephone Number   _____

Email Address   _____

8